# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shimone Rogers,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Anong, LLC d/b/a Availblue.com, wholly owned by the Lac Du Flambeau Band of Lake Superior Chippewa Indians,<br><br>　　　　Defendants | Court File No.: 23-cv-2515 JRT/DTS<br><br>**DECLARATION OF ARIEL LIERZ IN SUPPORT OF DEFENDANT LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS** |

I, Ariel Lierz, declare under penalty of perjury that the following is true and correct:

1.　　I am an attorney with the law firm of Spencer Fane LLP, counsel for Defendant Lac Du Flambeau Band of Lake Superior Chippewa Indians ("Anong"), in the above-referenced matter. I submit this Declaration in conjunction with Anong's Motion to Compel Arbitration and Dismiss Plaintiff's Amended Complaint. The facts stated herein are based on my personal knowledge.

2.　　Attached hereto as **Exhibit A** is a true and correct copy of the Loan Agreement entered into by Plaintiff and Anong dated December 5, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2023.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ariel Lierz*
　　　　　　　　　　　　　　　　　　　　　　Ariel Lierz